

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MAZDA MOTOR OF AMERICA, INC.** * | | **CIVIL ACTION NO. 00-2011** |
| Plaintiff, * | | |
| * | | |
| * | | **SECTION: F** |
| **VERSUS** * | | **JUDGE FELDMAN** |
| * | | |
| **GENE DUCOTE AUTOMOTIVE, INC.** * | | **MAG. DIV. 3** |
| Defendant. * | | **MAGISTRATE JUDGE AFRICK** |
| ****************************************** | | |

## VOLUNTARY MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes the plaintiff Mazda Motor of America, Inc., who request the Court to dismiss, with prejudice, all claims brought by said plaintiff against Gene Ducote Automotive, Inc. in the captioned lawsuit.

1.

The plaintiff and defendant, Gene Ducote Automotive, Inc., have settled the plaintiff's claims in this case.

2.

The plaintiff wishes to dismiss all the claims brought in this lawsuit, with prejudice.

WHEREFORE, plaintiff Mazda Motor of America, Inc. requests the Court to dismiss, with prejudice, all of its claims in the captioned lawsuit against Gene Ducote Automotive, Inc.,





with prejudice

Respectfully submitted, this 16th day of May, 2001.

*(signature)*
_____
ANTHONY ROLLO (#1133)
STEPHEN W. RIDER, T.A. (#2071)
MICHAEL HORNER (#26342)
McGlinchey Stafford,
 A Professional Limited Liability Company
643 Magazine Street
New Orleans, LA 70130
Phone: 504-586-1200

ATTORNEYS FOR PLAINTIFF MAZDA
MOTOR OF AMERICA, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Voluntary Motion to Dismiss has been served upon:

>Herschel C. Adcock, SR.
>Attorney at Law
>10915 Perkins Rd., Suite C
>Baton Rouge, LA 70810

by U. S. Mail postage prepaid and properly addressed, this 16th day of May, 2001.

*(signature)*
_____
STEPHEN W. RIDER

266584.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MAZDA MOTOR OF AMERICA, INC.** | * | **CIVIL ACTION NO. 00-2011** |
| Plaintiff, | * | |
| | * | |
| | * | **SECTION: F** |
| **VERSUS** | * | **JUDGE FELDMAN** |
| | * | |
| **GENE DUCOTE AUTOMOTIVE, INC.** | * | **MAG. DIV. 3** |
| Defendant. | * | **MAGISTRATE JUDGE AFRICK** |

*****************************************

## JUDGMENT OF DISMISSAL

UPON CONSIDERATION of the foregoing Motion to Dismiss filed by plaintiff Mazda Motor of American, Inc.;

IT IS ORDERED, ADJUDGED AND DECREED that all claims in the captioned lawsuit brought by plaintiff Mazda Motor of America, Inc. are hereby, dismissed, with prejudice.

NEW ORLEANS, Louisiana, this 17th day of May, 2001.

_____
JUDGE, UNITED STATES DISTRICT COURT

266584 1